**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Cilvino Hernandez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Clivino Hernandez,<br><br>    Defendant | Case No.: Cr.S-12-395-WBS<br><br>**FINDINGS AND ORDER**<br><br>DATE: January 14, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**O R D E R**

Based on the Stipulations of the parties, the status conference is continued to March 11, 2013 at 9:30 a.m.  **IT IS SO FOUND AND ORDERED** this 9th day of January, 2013.

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -